John David Burgess, OSB# 106498
BURGESS I CALLAHAN LLC
john@burgesscallahan.com
161 High Street SE, Suite 214
Salem, OR 97301
Tel (971) 209-2354
Of Attorneys for Plaintiff Hartman

FILED 30 NOV '11 07:20 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

**WENDELL D HARTMAN,**

**Plaintiff,**

**vs.**

**JEFFERSON PILOT FINANCIAL
INSURANCE, CO, dba JEFFERSON
PILOT SECURITIES, CO, and
LINCOLN FINANCIAL GROUP, INC,**

**Defendants.**

CASE #:____ 11-6319-HO

**MOTION TO DISMISS**
**ERISA (29 USC § 1132)**

### MOTION TO DISMISS – APPELLANT/PETITIONER

Petitioner-Appellant moves this court for an order dismissing the Petition in the above-caption matter for the reason that Defendant-Respondents Jefferson Pilot Financial Insurance and Lincoln Financial Group, have settled the matter which is the subject of this claim.

RESPECTFULLY SUBMITTED on this _28_ day of _November_, 2011.

Page 1 of 2 – COMPLAINT

BURGESS CALLAHAN LLC
Attorneys at Law
161 High St SE, Ste 214
Salem, OR 97301

John David Burgess, OSB# 106498
BURGESS I CALLAHAN LLC
john@burgesscallahan.com
161 High Street SE, Suite 214
Salem, OR 97301
Tel (971) 209-2354
Of Attorneys for Plaintiff Hartman

BURGESS CALLAHAN LLC
Attorneys at Law
161 High St SE, Ste 214
Salem, OR 97301

*Hartman v. Jefferson Pilot et al*
D. Or. (Eugene)

## CERTIFICATE OF SERVICE

I certify that I served the foregoing MOTION TO DISMISS upon:

Lincoln Financial Grp, Inc
c/o Brian Thompson
Gateway Financial Grp, Inc
2555 Sorrel Way
Eugene, OR 97401

Jefferson Pilot Financial Ins, Co
dba Jefferson Pilot Securities, Co
285 Liberty Ave NE
Salem, OR 97301

by the following indicated method or methods:

   __x__   by **mailing** full, true, and correct copies thereof in sealed, first-class postage-prepaid envelopes, addressed to the persons named above at their last-known addresses as set forth above, and deposited with the U.S. Postal Service at Salem, Oregon, on the date set forth below.

   _____   by sending a full, true, and correct copy thereof via **overnight courier**, in a sealed prepaid envelope, addressed to the attorney named above at said attorney's the last-known office address as set forth above, on the date set forth below.

   _____   by **faxing** a full, true, and correct copy thereof to the attorney, at the last-known fax number for the attorney's office, on the date set forth below.

DATED: _28 November 2011_____      **/s/ John David Burgess**_____
                                        John David Burgess, OSB #106498
                                        Attorney for Respondent