## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

**Wendell D Hartman,**

                **Plaintiff,**

        v.                              Civil No. 6:11-cv-06319-HO

**Jefferson Pilot Financial Insurance, Co** *dba*
Jefferson Pilot Securities, Co, and
**Lincoln Financial Group, Inc.**,

                **Defendants.**
_____

## JUDGMENT

This action is dismissed.

Dated: December 8, 2011

                        MARY L. MORAN, Clerk

                        by    s/ J. Wright
                             J. Wright, Deputy Clerk